IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:05-CR-32 |
| ) | (PHILLIPS/GUYTON) |
| JEREMY ROBBINS, ) | |
| DIANE SHANDS ROBBINS, and ) | |
| VAIRAME TEDESCO, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This case was set for a motion hearing on January 9, 2006 at 9:00 a.m. before the undersigned. The motion hearing has been reset to **January 30 and 31, 2006 at 9:00 a.m.** All Subpoenas issued for the previous hearing will be fully effective for the January 30 and 31, 2006 hearings.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge

1