# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

UNITED STATES OF AMERICA,                )
                                         )
   Plaintiff,            )
                                         )
v.                                       )  No. 3:05-CR-32
                                         )   (PHILLIPS/GUYTON)
JEREMY ROBBINS,                          )
DIANE SHANDS ROBBINS, and                )
VAIRAME TEDESCO,                         )
                                         )
   Defendants.           )


## MEMORANDUM AND ORDER

  All pretrial motions in this case have been referred to the undersigned pursuant to 28

U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District

Court as may be appropriate.

  The defendants Jeremy Robbins and Diane Robbins move the Court for an Order

continuing the Briefing Schedule in this case from the current date of April 28, 2006 to May 5, 2006.

[Doc. 264]. The defendants further move that the United States be given until June 6, 2006 to file

its responsive brief. The defendants state in their motion that the United States does not oppose the

defendants' request.

  For good cause shown, the defendants' Joint Motion to Continue Post Hearing Brief

Deadlines [Doc. 264] is **GRANTED**. The defendants shall have until **May 5, 2006** to file a post-

hearing brief in this matter.  The United States shall have until **June 6, 2006** to file a responsive brief.

**IT IS SO ORDERED.**

**ENTER:**

_____s/ H. Bruce Guyton_____
United States Magistrate Judge