IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-32 |
| | ) | (PHILLIPS/GUYTON) |
| JEREMY ROBBINS, | ) | |
| DIANE SHANDS ROBBINS, and | ) | |
| VAIRAME TEDESCO, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.

Pursuant to a telephone conference with counsel for the government and defendants Jeremy Robbins and Diane Robbins, the defendants move the Court for an Order continuing the Briefing Schedule in this case from the current date of May 5, 2006 to May 15, 2006. The defendants further move that the United States be given until June 15, 2006 to file its responsive brief. The government does not oppose the defendants' request.

For good cause shown, the defendants' Oral Joint Motion to Continue Post Hearing Brief Deadlines is **GRANTED**. The defendants shall have until **May 15, 2006** to file a post-

hearing brief in this matter. The United States shall have until **June 15, 2006** to file a responsive brief.

        **IT IS SO ORDERED.**

                      **ENTER:**

                              s/ H. Bruce Guton
                        United States Magistrate Judge

Case 3:05-cr-00032-TWP-HBG   Document 266   Filed 05/09/06   Page 2 of 2   PageID #: 112