IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-32 |
| | ) | (PHILLIPS/GUYTON) |
| JEREMY ROBBINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.

The defendant Jeremy Robbins moves to seal several income tax documents that were filed as attachments to the United States' Supplemental Response to Defendant's Post-Hearing Brief. [Doc. 271]. For good cause shown, the defendant's Motion to Seal Attachments to United States' Supplemental Response to Defendant's Post-Hearing Brief [Doc. 271] is **GRANTED**. The attachment to the United States' response [Doc. 270] shall be removed from public record and filed separately under seal.

**IT IS SO ORDERED.**

                **ENTER:**

                              s/ H. Bruce Guyton
                      United States Magistrate Judge