11/24

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:05-CR-32 |
| v. | ) | JUDGE PHILLIPS/GUYTON |
| | ) | |
| JEREMY ROBBINS, and | ) | |
| DIANE SHANDS ROBBINS, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL ORDER OF FORFEITURE

1. On August 17, 2005, a Second Superseding Indictment was filed in the above-referenced case charging JEREMY ROBBINS with, among other things, in Count One, conspiracy to knowingly, intentionally, and without authority manufacture, distribute and possess with intent to distribute in excess of one-thousand (1,000) kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and distribute and possess, with intent to distribute, hydrocodone, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1); in Count Two, conspiracy to commit money laundering offenses in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and (a)(1)(B)(i); and in Count Three, possession of firearms in furtherance of a drug trafficking offense in violation of 18 U.S.C. § 924(c)(1).

On August 17, 2005, a Second Superseding Indictment was filed in the above-referenced case charging DIANE SHANDS ROBBINS with, among other things, in Count One, conspiracy to knowingly, intentionally, and without authority manufacture, distribute and possess

with intent to distribute in excess of one-thousand (1,000) kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and distribute and possess, with intent to distribute, hydrocodone, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

2. In the Forfeiture Allegations of the Second Superseding Indictment in the above-styled case, the United States sought forfeiture of the interest of the Defendants pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982, in, among other things, the property described below which constitutes, or was derived from, proceeds obtained, directly or indirectly, as a result of the offense charged in the Second Superseding Indictment or was property used in any manner or part, to commit, or to facilitate the commission of said offense.

3. The Defendants have pled guilty to the Second Superseding Indictment as follows:

(a) The Defendant, JEREMY ROBBINS, pled guilty on September 13, 2006, to Counts One through Three of the Second Superseding Indictment.

(b) The Defendant, DIANE SHANDS ROBBINS pled guilty on September 13, 2006 to Count One of the Second Superseding Indictment.

4. The Defendants pled guilty as referenced above and agreed to forfeit to the United States their interest in the following properties:

**Currency**

(a) $92,180.00 in United States currency; and

(b) $58,021.00 in United States currency.

**Real Property**

(a) The residence located at 3490 Old Kentucky Road, Hamblen County, Morristown, Tennessee, in the name of Jeremy Daniel Robbins by virtue of unrecorded Warranty Deed dated August 18,

2004, from Sidney Douglas Adams and wife, Sheila M. Adams, being the same property conveyed to Sidney Douglas Adams and Sheila M. Adams by deed of Sidney Adams, dated August 18, 1995, of record in Warranty Deed book W426, Page 530, in the Register's office for Hamblen County, Tennessee.

**Vehicles**

(a) 2000 VW Passat, VIN WVWMA23B2YP159502;

(b) Z-4 Mini Sport Bike, serial no: XYRPX0433010215, model no: GS-31A;

(c) 1971 Chevrolet Truck, VIN CE141S620762;

(d) 1999 Ford Truck F-250, VIN 1FTNX21F9XEA74949;

(e) 2002 Honda Foreman 4-Wheeler TRX500F A2;

(f) 2004 Honda Motorcycle 70cc, VIN JH2DE02034K709815;

(g) 2002 Yamaha Motorcycle 225c, VIN 9C6CG6043220008108; [1]

(h) 1998 Dodge Van, VIN 1B4GP54LXWB628847; and

(i) Dune Buggy Go-Cart, model no.: 495B-09, frame serial no.: 1046237, engine serial no.: 213696.

**Electronic Equipment**

(a) Sony Home Theater System with cables and six speakers, serial no.: 9007335;

(b) Phillips VHS/VCR, serial no.: 18580465;

(c) Sony DVD Player, serial number 2158764;

(d) Sony Digital Audio/Video Receiver, serial no.: 8874146;

(e) Emerson VHS/VCR, serial no.: 163-41130940;

---

[1] The 2002 Yamaha Motorcycle 225c, VIN 9C6CG6043220008108 was forfeited via administrative forfeiture by the Drug Enforcement Administration on October 6, 2005.

(f) Yamaha Digital Home Theater System;

(g) Samsung Security System, consisting of three digital cameras and one Samsung Digital Home Security camera, serial no.: SOD14C, one Samsung Security Monitor, serial no.: 35XWB03765E, and one Samsung 1280 Time Lapse VCR, serial no.: 61CWC05176V/SSC;

(h) AKAI big-screen TV, serial no.: 39ZT452753B, model no.: PT5492; and

(i) Hewlett Packard Pavilion Computer, model no.: A475C, Tower, serial no.: MXK40817D6, HP Monitor F1903, Keyboard, Printer and Scanner. [2]

**Firearms**

(a) Spa Luigi Franch-Brescia 20-gauge Shotgun, serial no.: L00230;

(b) Winchester Ranger 30/30 Rifle, serial no.: 6122500; and

(c) Derringer .22-Caliber Revolver, serial no.: V76484.

**Miscellaneous**

(a) Oxbow Safe, serial no.: 5213015.

5. Agreed Preliminary Orders of Forfeiture pursuant to the guilty pleas entered by the Defendants, forfeiting to the United States their interest in and to the properties identified hereinabove were entered as follows:

(a) On September 20, 2006, this Court entered an Agreed Preliminary Order of Forfeiture pursuant to the guilty plea entered by the Defendant, JEREMY ROBBINS.

(b) On September 20, 2006, this Court entered an Agreed Preliminary Order of Forfeiture pursuant to the guilty plea entered by the Defendant, DIANE SHANDS ROBBINS.

---

[2] The Hewlett Packard Pavilion Computer, model no.: A475C, Tower, serial no.: MXK40817D6, HP Monitor F1903, Keyboard, Printer and Scanner was forfeited via administrative forfeiture by the Drug Enforcement Administration on November 10, 2005.

6. Pursuant to 21 U.S.C. § 853(n)(1) and 18 U.S.C. § 982(b)(1), and the Agreed Preliminary Orders of Forfeiture, Notice of Forfeiture as to the properties described above, were published in the following newspapers:

(a) *The Citizen Tribune*, a newspaper of general circulation in Morristown, Tennessee on three occasions: June 25, 2007; July 2, 2007; and on July 9, 2007. Proof of publication was filed on August 16, 2007.

(b) *The Standard Banner*, a newspaper of general circulation in Jefferson City, Tennessee on three occasions: June 26, 2007; July 3, 2007; and on July 10, 2007. Proof of publication was filed on November 5, 2007.

7. The Notice of Forfeiture advised that any person, other than the Defendants, having or claiming a legal interest in the forfeited properties described herein, must file a petition with the Court within thirty (30) days of the final publication of the notice. The notice further provided that the petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

No person, corporation, or entity has filed a claim as to the properties listed above.

It is therefore ORDERED, ADJUDGED AND DECREED:

1. That the following properties be and the same are hereby forfeited to the United States, pursuant to 21 U.S.C. § 853(h) and 18 U.S.C. § 982(b)(1) and all right, title and interest in said properties be and the same are hereby vested in the United States:

**Currency**

(a) $92,180.00 in United States currency; and

(b) $58,021.00 in United States currency.

**Real Property**

(a) The residence located at 3490 Old Kentucky Road, Hamblen County, Morristown, Tennessee, in the name of Jeremy Daniel Robbins by virtue of unrecorded Warranty Deed dated August 18, 2004, from Sidney Douglas Adams and wife, Sheila M. Adams, being the same property conveyed to Sidney Douglas Adams and Sheila M. Adams by deed of Sidney Adams, dated August 18, 1995, of record in Warranty Deed book W426, Page 530, in the Register's office for Hamblen County, Tennessee.

**Vehicles**

(a) 2000 VW Passat, VIN WVWMA23B2YP159502;

(b) Z-4 Mini Sport Bike, serial no: XYRPX0433010215, model no: GS-31A;

(c) 1971 Chevrolet Truck, VIN CE141S620762;

(d) 1999 Ford Truck F-250, VIN 1FTNX21F9XEA74949;

(e) 2002 Honda Foreman 4-Wheeler TRX500F A2;

(f) 2004 Honda Motorcycle 70cc, VIN JH2DE02034K709815;

(g) 1998 Dodge Van, VIN 1B4GP54LXWB628847; and

(i) Dune Buggy Go-Cart, model no.: 495B-09, frame serial no.: 1046237, engine serial no.: 213696.

**Electronic Equipment**

(a) Sony Home Theater System with cables and six speakers, serial no.: 9007335;

(b) Phillips VHS/VCR, serial no.: 18580465;

(c) Sony DVD Player, serial number 2158764;

(d) Sony Digital Audio/Video Receiver, serial no.: 8874146;

(e) Emerson VHS/VCR, serial no.: 163-41130940;

(f) Yamaha Digital Home Theater System;

(g) Samsung Security System, consisting of three digital cameras and one Samsung Digital Home Security camera, serial no.: SOD14C, one Samsung Security Monitor, serial no.: 35XWB03765E, and one Samsung 1280 Time Lapse VCR, serial no.: 61CWC05176V/SSC; and

(h) AKAI big-screen TV, serial no.: 39ZT452753B, model no.: PT5492.

**Firearms**

(a) Spa Luigi Franch-Brescia 20-gauge Shotgun, serial no.: L00230;

(b) Winchester Ranger 30/30 Rifle, serial no.: 6122500; and

(c) Derringer .22-Caliber Revolver, serial no.: V76484.

**Miscellaneous**

(a) Oxbow Safe, serial no.: 5213015.

2. That the United States Marshal Service shall dispose of said forfeited properties according to law.

3. That the Clerk of this Court provide the United States Marshal Service and the United States Attorney's Office with a certified copy of this Final Order of Forfeiture.

ENTER:

Thomas W. Phillips
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted by:

JAMES R. DEDRICK
United States Attorney

s/ Hugh B. Ward, Jr.
HUGH B. WARD, JR.
Assistant United States Attorney